# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Peggy Caple**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00013-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Charlotte, NC**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Notice of Acceptance with Offer of Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Offer of Judgment. This amount includes reasonable costs, including reasonable attorney's fees, accrued through February 22, 2016.

March 3, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court